~~PROPOSED~~ **ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Nandor J. Vadas<br>U.S. Magistrate Judge | **RE:** | Chan, Enrique |
| **FROM:** | Claudette Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR 05-0375 |
| **DATE:** | July 25, 2006 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Rich Sarlatte | 415 436-7508 |
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

**RE:    VIOLATION OF RELEASE CONDITIONS**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒  Modification(s)

A. **Enrique Chan shall be evaluated by a residential treatment program immediately, as directed by Pretrial Services. If Mr. Chan is found to be suitable for such a program, the defendant shall enter the program and participate in the program on a 24-hour basis, as directed by Pretrial Services.**

B. **The defendant shall not operate a motor vehicle without the prior approval of Pretrial Services.**

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐  Other Instructions:

_____       8/8/06
**JUDICIAL OFFICER**                                    **DATE**

**Cover Sheet** (12/03/02)

