~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | **Honorable Nandor J. Vadas**<br>**U.S. Magistrate Judge** | **RE:** | **Chan, Enrique** |
| **FROM:** | **Claudette Silvera, Chief**<br>**U.S. Pretrial Services Officer** | **DOCKET NO.:** | **CR 05-0375** |
| **DATE:** | **July 25, 2006** | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| **Rich Sarlatte** | **415 436-7508** |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

**RE:      VIOLATION OF RELEASE CONDITIONS**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐     I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐     Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐     Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge_____ Presiding  District Court Judge_____

☐     I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒     Modification(s)

   A. **Enrique Chan shall be evaluated by a residential treatment program immediately, as directed by Pretrial Services.  If Mr. Chan is found to be suitable for such a program, the defendant shall enter the program and participate in the program on a 24-hour basis, as directed by Pretrial Services.**

   B. **The defendant shall not operate a motor vehicle without the prior approval of Pretrial Services.**

☐     Bail Revoked/Bench Warrant Issued.

☐     I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐     Other Instructions:

_____

| | 8/8/06 |
|---|---|
| **JUDICIAL OFFICER** | **DATE** |

**Cover Sheet** (12/03/02)

