PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Nandor J. Vadas<br>U.S. Magistrate Judge | RE: | Chan, Enrique |
| FROM: | Claudette Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR 05-0375 |
| DATE: | August 29, 2006 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Victoria Gibson | 510-637-3752 |
| U.S. Pretrial Officer, Treatment Specialist | TELEPHONE NUMBER |

RE:   VIOLATION OF RELEASE CONDITIONS

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____   Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A.

☑ Bail Revoked/Bench Warrant Issued.

**FILED**
AUG 31 2006
CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

Other Instructions:

_____
JUDICIAL OFFICER                          DATE 08/30/06

Cover Sheet (12/03/02)