PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Nandor J. Vadas<br>U.S. Magistrate Judge | RE: | Chan, Enrique |
| FROM: | Claudette Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR 05-0375 |

DATE: August 29, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

_____Victoria Gibson_____   _____510-637-3752_____
U.S. Pretrial Officer, Treatment Specialist   TELEPHONE NUMBER

RE: VIOLATION OF RELEASE CONDITIONS

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A.

☒ Bail Revoked/Bench Warrant Issued.

**FILED**
AUG 3 1 2006
CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

Other Instructions:

_____
_____

_____/s/_____   08/30/06
JUDICIAL OFFICER   DATE

Cover Sheet (12/03/02)